IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. ROSENBERG,

        Plaintiff,                No. CIV. S-04-1374-LKK-PAN-PS

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                                ORDER

        Defendant.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On February 4, 2005, Judge Nowinski recommended that plaintiff's action be dismissed. Although it appears from the file that plaintiff's copy of the findings and recommendation were returned as unclaimed, he was properly served.  No objections to the findings and recommendation have been filed.

1

1    The court has reviewed the file and finds the findings
2 and recommendations to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5    1.  The Findings and Recommendations filed February 4,
6 2005, are adopted in full; and
7    2.  This action is dismissed.
8 DATED: August 24, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2